IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHIM RODRIGUEZ MENDEZ,

   Plaintiff,      No. CIV S-04-1949 LKK DAD P

 vs.

CRUZ BUSTAMANTE, et al.,

   Defendants.     <u>ORDER</u>

            /

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On December 7, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On December 15, 2005, plaintiff filed an untimely request for an extension of time to file an amended complaint. On December 21, 2005, plaintiff was granted a final extension of thirty days to file an amended complaint and was cautioned that failure to do so would result in the findings and recommendations being forwarded to the undersigned. The time period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1.  The findings and recommendations filed December 7, 2005, are adopted in
5 | full; and
6 |     2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.
7 | Civ. P. 41(b).
8 | DATED:   March 20, 2006.

            /s/Lawrence K. Karlton
            UNITED STATES DISTRICT JUDGE

/mendez1949.800